UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 07 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BEACON HEALTHCARE SERVICES, INC., DBA Newport Bay Hospital, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MIKE LEAVITT, Secretary, United States Department of Health & Human Services, <br><br> Defendant - Appellee. | No. 09-56246 <br><br> D.C. No. 8:07-cv-00918-JVS-RNB <br> U.S. District Court for Central California, Santa Ana <br><br> **MANDATE** |

The judgment of this Court, entered December 16, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court
/s/
Theresa Benitez
Deputy Clerk